167 So. 596

## R. P. JOHNSTON v. MOBILE HOTEL CO.

### 1 Div. 920.

Supreme Court of Alabama.

April 16, 1936.

Smith & Johnston, of Mobile, for petitioner.

Dozier & Gray and Thos. A. Hamilton, all of Mobile, for respondent.

KNIGHT, Justice.

Petition of the Mobile Hotel Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Johnston v. Mobile Hotel Co., 167 So. 595.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.